UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
**WEST PALM BEACH DIVISION**

CASE NO.:

JUDGE:

LaBOVICK and LaBOVICK, P.A.
d/b/a LaBOVICK LAW GROUP,

       Plaintiff,

vs.

AUDRA J. SIMOVITCH, ESQ.,
HEATHER J. CASTELLANOS
and KERRI L. DAMONE,

       Defendants.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, LaBovick and LaBovick, P.A. d/b/a LaBOVICK LAW GROUP, by and through its undersigned counsel, and sues the Defendants, AUDRA J. SIMOVITCH, ESQ., HEATHER J. CASTELLANOS and KERRI L. DAMONE, (hereinafter "DEFENDANTS"), and states:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages in excess of $15,000.

2. Jurisdiction and venue are proper in this Court because all actions giving rise to this lawsuit occurred in Palm Beach County, Florida.

3. Plaintiff is located in and conducts business within Palm Beach County, Florida.

4. Audra J. Simovitch, Esq. is a resident of Palm Beach County and is otherwise sui juris.

5. Heather J. Castellanos is a resident of Palm Beach County and is otherwise sui juris.

6. Kerri L. Damone is a resident of Martin County and is otherwise sui juris.

## BACKGROUND

7. Audra J. Simovitch, Esq., Heather J. Castellanos and Kerri L. Damone were employed by Plaintiff from 2010 to January 12, 2012.

8. On January 12, 2012, Audra J. Simovitch, Esq., Heather J. Castellanos and Kerri L. Damone submitted their resignations to Plaintiff.

9. Upon information and belief, Audra J. Simovitch, Esq., Heather J. Castellanos and Kerri L. Damone started plotting their resignations during the second half of 2011.

10. Upon information and belief, since approximately November 2011, Audra J. Simovitch, Esq., Heather J. Castellanos and Kerri L. Damone began copying Plaintiff's client files and information without authorization.

11. During the week of January 9th, 2012 Audra J. Simovitch, Esq., Heather J. Castellanos and Kerri L. Damone <u>intentionally caused the deletion</u> of a significant number of Plaintiff's clients from Plaintiff's "protected computer" server. Specifically, Audra J. Simovitch, Esq., Heather J. Castellanos and Kerri L. Damone deleted client names, client contact information, credit card authorizations, case specific facts and court documents.

12. Furthermore, Audra J. Simovitch, Esq., Heather J. Castellanos and Kerri L. Damone forwarded all of Plaintiff's secret and confidential computer information and documentation to their personal email accounts without authorization and then <u>changed Plaintiff's computer access passwords to intentionally and unjustifiably interfere</u> with Plaintiff's former, current and prospective clients.

13. Upon information and belief, this was done to hide the extent of the clients they would be soliciting to join the newly created law firm of Simovitch & Burns Law Group, LLC created on January 12, 2012.

## COUNT I- VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT (18 USCS § 1030(a)(4))

14. Plaintiff reincorporates and realleges paragraphs 1 through 13 as if fully stated herein.

15. All defendants accessed a "protected computer" owned by Plaintiff.

16. This access exceeded any such authorization previously given to Defendants.

17. Defendants knowingly and with the intent to defraud Plaintiff caused numerous client accounts to be deleted from Plaintiff's computers and Plaintiff's internal network and server.

18. The Defendants furthered the intended fraud and obtained client information of considerable value and after copying said information caused the deletion of such client information from the Plaintiff's computers and servers and as a direct result of this has caused damage to the Plaintiff.

**WHEREFORE**, Plaintiff, LaBOVICK AND LaBOVICK, P.A. d/b/a LaBOVICK LAW GROUP, requests judgment against all three Defendants, injunctive relief, and any further relief as the Court deems just and proper.

## COUNT II- VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT (18 USCS § 1030(a)(5))

19. Plaintiff reincorporates and realleges paragraphs 1 through 13 as if fully stated herein.

20. Defendants knowingly and intentionally caused the deletion of data from Plaintiff's "protected computers" and servers without authorization.

21. As a direct result of Defendants' unauthorized deletion of data from Plaintiff's "protected computers" and servers, Plaintiff has been damaged.

**WHEREFORE**, Plaintiff, LaBOVICK AND LaBOVICK, P.A. d/b/a LaBOVICK LAW GROUP, requests judgment against all three Defendants, injunctive relief, and any further relief as the Court deems just and proper.

Dated: January 24, 2012.

                Respectfully submitted,

                By: /s/ Scott R. Haft_____
                   Scott R. Haft, Esq.
                   Florida Bar No.: 55939
                   Scott@Labovick.com
                   LaBOVICK LAW GROUP
                   5220 Hood Road, Suite 200
                   Palm Beach Gardens, FL  33418
                   Telephone:  (561) 625-8400
                   Facsimile:   (561) 370-6410
                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFIY** that on January 24, 2012, I electronically filed the foregoing document with the Clerk of the court using CM/ECF.

                By: /s/Scott R. Haft_____
                   Scott R. Haft, Esq.
                   Florida Bar No.: 55939